October 16, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00040-CV

THE STATE OF TEXAS, Appellant

V.

YELP, INC., Appellee

This cause, an appeal from the judgment in favor of appellee, YELP, Inc., signed, February 28, 2024, was heard on the appellate record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the Court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, YELP, Inc..

We further order this decision certified below for observance.

Judgment Rendered October 16, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.

Opinion delivered by Justice Farris.